UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ELIZABETH DALY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 06-127-JD |
| | ) |
| UNUM LIFE INSURANCE COMPANY | ) |
| OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

NOW COME the Plaintiff Elizabeth Daly, and the Defendant Unum Life Insurance Company of America, in the above-entitled matter and hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1), that the above-entitled action, including all counts of the Complaint, and all claims, counterclaims and third-party claims which actually were asserted or which could have been asserted, shall be dismissed with prejudice, without costs or fees to any party, and waiving all rights of appeal.

/s/ Thomas C. Tretter
Thomas C. Tretter
PHILLIP A. PARRY PC
4 Merrimac Square
Merrimac, MA  01860
(978) 346-0005

*Attorney for Plaintiff*
*Elizabeth Daly*

Dated:  August 24, 2006

/s/ Byrne J. Decker
/s/ Mark E. Porada
Byrne J. Decker
Mark E. Porada
PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
(207) 791-1100

*Attorneys for Defendant*
*Unum Life Insurance Company of America*

Dated:  August 24, 2006

{W0551153.1}